# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1409 Kuehner Drive, #234, Simi Valley, California 93063

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** and (2) the accompanying pleading(s) entitled:

Adversary Complaint by Golden State Seafood

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005−2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 11, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Manuk Boyajian (hand delivered to Jack Boyajian, father of Manuk Boyajian), 10785 Des Moines Avenue, Porter Ranch, California 91326

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12 / 17 / 2021 | NICK GARGANO | *Nick Gargano* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                                                      **F 7004−1.SUMMONS.ADV.PROC**

Doc ID: f51da8e02cad0e84d8fb9fc400bd1b7ab69a448c



Audit Trail

| | |
|---|---|
| **TITLE** | Proof of Service (Please Sign) |
| **FILE NAME** | GSF - MMK BK - POS Personal 12 11 21.pdf |
| **DOCUMENT ID** | f51da8e02cad0e84d8fb9fc400bd1b7ab69a448c |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT**  
**12 / 17 / 2021**  
23:52:59 UTC  
Sent for signature to Nick Gargano (████████████)  
from cmurray@cm3law.com  
IP: 76.94.248.30

**VIEWED**  
**12 / 17 / 2021**  
23:54:17 UTC  
Viewed by Nick Gargano (████████████)  
IP: 107.77.230.51

**SIGNED**  
**12 / 17 / 2021**  
23:54:45 UTC  
Signed by Nick Gargano (████████████)  
IP: 107.77.230.51

**COMPLETED**  
**12 / 17 / 2021**  
23:54:45 UTC  
The document has been completed.

Powered by HELLOSIGN